# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jawon Lee Whitley                          Docket No. 5:20-CR-530-1M

### Petition for Action on Conditions of Pretrial Release
Hearing Requested

COMES NOW Erica W. Foy, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Jawon Lee Whitley, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 18th day of December, 2020.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Since being released on conditions, to include location monitoring, drug testing and treatment, Mr. Whitley has been extremely unstable and has not complied with his conditions of release. He has moved three times and is asking to move a fourth. Each time he lives with someone, they subsequently ask that he leave their residence. In addition, Mr. Whitley was placed in the Surprise Urinalysis Program in January 2021, and has failed to report for any of the scheduled drug screens which were on January 11, February 10, March 10, and April 12, 2021. Furthermore, he has violated the location monitoring program by failing to return home for his curfew on January 28 and February 10, 2021. Between April 30 – May1, 2021, he also left the residence on two occasions during his scheduled curfew hours. Taking all of these violations into consideration, Mr. Whitley has failed to meet the court's expectations in following his release conditions.

**PRAYING THAT THE COURT WILL ORDER** that a bond hearing be scheduled to determine if the defendant's bond should be revoked. The clerk shall provide a copy of the petition to the U.S. Attorney's Office.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Maurice J. Foy<br>Maurice J. Foy<br>Supervising U.S. Probation Officer | /s/Erica W. Foy<br>Erica W. Foy<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8665<br>Executed On: May 3, 2021 |

### ORDER OF THE COURT

Considered and ordered on May 4, 2021 . It is further ordered that this document shall be filed and made a part of the records in the above case.

_____
Robert T. Numbers, II
United States Magistrate Judge