UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jawon Lee Whitley**           **Docket No. 5:20-CR-530-1M**

### Petition for Action on Supervised Release

COMES NOW Danele N. Williams, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jawon Lee Whitley, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on September 20, 2021, to the custody of the Bureau of Prisons for a term of 18 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Jawon Lee Whitley was released from custody on August 26, 2022, at which time the term of supervised release commenced. On February 9, 2023, a Motion for Revocation was submitted advising the court of the defendant's fourth positive urinalysis. On March 22, 2023, the court sentenced the defendant to 1 day imprisonment and imposed a new term of 36 months supervised release, under the standard conditions and all previously imposed conditions.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On August 31, 2023, the defendant submitted a urine specimen that returned positive for cocaine and marijuana. On September 5, 2023, the defendant submitted a urine specimen that returned positive for cocaine. When confronted, the defendant admitted to the use of illicit substances. Whitley is currently attending individual dual-diagnoses counseling through First Step Services in Raleigh. In light of this information, as well as his history of substance abuse, a 60-day Location Monitoring condition appears appropriate.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to him residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Jawon Lee Whitley
Docket No. 5:20-CR-530-1M
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Melissa K. Lunsmann<br>Melissa K. Lunsmann<br>Supervising U.S. Probation Officer | /s/ Danele N. Williams<br>Danele N. Williams<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8807<br>Executed On: September 15, 2023 |

ORDER OF THE COURT

Considered and ordered this 19th day of September, 2023, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge