IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:20-cr-00530-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAWON LEE WHITLEY, | ) | |

This matter comes before the court on the United States Probation Office's motion to revoke Defendant's supervised release [DE 69]. Based on the financial affidavit filed by Defendant [DE 68], the court finds that Defendant has demonstrated eligibility for court-appointed counsel. The Office of the Federal Public Defender is DIRECTED to provide Defendant with counsel to represent him in connection with the motion. The Clerk of Court shall issue a subpoena for any witness Defendant deems necessary to call for purposes of the motion. The United States Marshal shall serve any such subpoena and to pay the appropriate fees and expenses to witnesses so subpoenaed. *See* Fed. R. Crim. P. 17(b).

SO ORDERED this 7th day of November, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE